UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                               CRIMINAL NO. 04 10231 mlw 3
MATT A. HAVEY

**MOTION TO STRIKE SURPLUSAGE FROM INDICTMENT**

The defendant moves to strike as surplusage from the indictment the entire contents of pages 57 through 61 entitled "Notice of Additional Factors".

The additional factors referred to are matters under the United States Guidelines that have been declared unconstitutional. See *United States v. Booker and Fanfan* U.S.      (2005).

/s/Roger Witkin
ROGER WITKIN
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATED:   January 31, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.   CRIMINAL NO. 04 10231 mlw 3
MATT A. HAVEY

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA Victor A. Wild, and a courtesy copy to Thomas Quinn, Courtroom Clerk for Honorable Judith G. Dein by mail and electronic filing, which was e-filed this day.

    */s/ Roger Witkin*
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

**DATE:** January 31, 2005