

FILED
CLERKS OFFICE

2005 APR 12  A 10:00

U.S. DISTRICT COURT
DISTRICT OF MASS

U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

April 5, 2005

James M. Merberg, Esq.
66 Long Wharf
Boston, MA 02110

Re: United States v. Maggio, et al.
Criminal No. 04-10231-MLW

Dear Mr. Merberg:

Enclosed are additional discovery materials in the captioned criminal case. These materials were received from counsel for O'Connor GMC, Inc. and relate to losses in excess of $300,000 suffered by O'Connor. The losses stem from "add-on" items fraudulently financed under representations that the items would be installed upon vehicles fraudulently financed by commercial lenders identified in the Indictment.

If you have any questions or need additional information, please contact me at your convenience [(617) 748-3145].

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
VICTOR A. WILD
Assistant U.S. Attorney

Encl.
cc: Tom Quinn
    Clerk to Magistrate Judge Dein