UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CRIMINAL NO. 04 10231 MLW

PETER V. MAGGIO, III, *ET AL*

## EX-PARTE MOTION OF DEFENDANTS MATT HAVEY, LOUIS A. PARADISO AND SEAN SACCO FOR FUNDS TO OBTAIN COPIES OF EXCULPATORY DISCOVERY

The defendants and their counsel have viewed thousands of pages of documents at the headquarters of the FBI (1 Center Plaza, Boston, MA).

At any trial of this case by having copies of these documents, defense counsel can cross-examine witnesses who testify against each of the defendants respectively.

As an example, on countless documents the name "Matthew Havey" appears. That is not his name, and he doesn't sign it that way.

But in order to do so, counsel will need their own copies of the documents.

Only one copy of the entire set is necessary as counsel can allocate which pages belong to which defendant.

It is estimated that photostatting these pages at approximately eight cents per page will incur a cost that may approach $3,500.00.

Wherefore the defendants move for allowance of this motion to permit them to incur that cost.

|  |  |
|---|---|
|  | */s/Roger Witkin* |
|  | Roger Witkin |
|  | Counsel for Matt Havey |
|  | 6 Beacon Street, Suite l0l0 |
|  | Boston, MA 02l08 |
|  | Tel. 6l7 523 0027 |
|  | Fax 6l7 523 2024 |
| DATE:  June 29, 2005 | BBO No. 53l780 |

|  |  |
|---|---|
|  | */s/Scott P. Lopez* |
|  | Scott P. Lopez |
|  | Attorney for Louis A. Paradiso |
|  | 24 School Street |
|  | Boston, MA 02108 |
|  | Tel. 617 742 5700 |
| DATE: June 29, 2005 | Fax 617 742 5715 |

|  |  |
|---|---|
|  | */s/William M. White, Jr.* |
|  | William M. White, Jr. |
|  | Attorney for Sean Sacco |
|  | 1 Faneuil Hall Marketplace |
|  | South Marketplace |
|  | Boston, MA 02109 1649 |
| DATE:  June 29, 2009 | Tel. 617 723 7339 |
|  | Fax 617 723 7731 |