AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA
V.

Matt A. Havey
130 Russell St., #3
Malden, MA

**WARRANT FOR ARREST**

CASE NUMBER: 04cr10231 MLW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Matt A. Havey__
<br>Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☒ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Violations of Conditions of Pretrial Release

in violation of Title _____ United States Code, Section(s) _____

Honorable Judith G. Dein
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

_(signature)_ Judith G. Dein
Signature of Issuing Officer

November 4, 2005 at Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _Russell St (70)_ _Malden, Mass_

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11-8-05 | Francis P. Dawson Jr | _(signature)_ Francis P. Dawson |
| DATE OF ARREST<br>11-8-05 | Deputy US Marshal | |