UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  CRIMINAL NO. 04 10231 MLW 3

MATT HAVEY

## MOTION TO REVOKE AND/OR RECONSIDER
## ORDER OF DETENTION

The defendant moves that this Court revoke and/or reconsider the previously imposed order of detention.

As grounds for same the defendant says that on December 8, 2005, he is to be evaluated by the drug specialist for Pretrial Services in the Federal Court.

Should he be accepted into a drug program, a revocation and/or substitutive change of the order of detention needs to be made.

Accordingly, the defendant moves that this Court withhold judgment on this motion until hearing from Pretrial Services.

/s/Roger Witkin
Roger Witkin
Counsel for Matt Havey
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE:  November 28, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  CRIMINAL NO. 04 10231 mlw 3
MATT A. HAVEY

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA Victor A. Wild, and a courtesy copy to Dennis O'Leary, Courtroom Clerk for Honorable Mark Wolf by mail this day.

/s/Roger Witkin
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

**DATE:** November 28, 2005