AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

IN CLERKS OFFICE

2005 NOV 29 A 10: 01

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| MATT HAVEY | Case Number: 04-10231-MLW |

DISTRICT OF MASS.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MATT HAVEY__
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  X Order of court  ☐ Violation  ☐ Probation Violation Petition

charging him or her   (brief description of offense)

VIOLATION OF CONDITIONS OF RELEASE

RECEIVED
2005 NOV 10 A 9: 48
U.S. MARSHAL SERVICE
BOSTON, MA

in violation of Title _____ United States Code, Section(s) _____

| THOMAS F. QUINN | DEPUTY CLERK |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Thomas F. Quinn | 11/9/05 BOSTON, MA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant

FBI  D/MA
WARRANT EXECUTED
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 11/14/2005

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |