ROGER WITKIN<br>
ATTORNEY AT LAW<br>
6 BEACON STREET<br>
BOSTON, MASSACHUSETTS 02108<br>
TEL 617 523 0027<br>
FAX 617 523 2024

March 1, 2006

Dennis O'Leary, Courtroom Clerk for
Honorable Mark L. Wolf
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210
By E-File

RE:   UNITED STATES V. HAVEY
      NO. 04 10231 MLW 3

Dear Mr. O'Leary:

Mr. Havey will be in the courthouse on March 10, 2006.

Would it be possible to have my motion heard by Judge Wolf that day so that he might order Pretrial to do a drug examination of Mr. Havey?

Thank you very much for all of your efforts to date.

Very truly yours,

*/s/Roger Witkin*
ROGER WITKIN

/slw
c.c.   client