UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                   **CRIMINAL CASE**

                                                    **NO. 04-10231-MLW**
              V.

**MATT HAVEY**
              Defendant(s)


### NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a MOTION HEARING with regard to the defendant's motion to revoke detention order on **MARCH 10, 2006** at 2:00 P.M. before Chief Judge Wolf in Courtroom # 10 on the 5th floor.

                                                    SARAH A. THORNTON
                                                    CLERK OF COURT

**March 7, 2006**                    By:   /s/ Dennis O'Leary
     Date                                    Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                        [ntchrgcnf.]
                                                [kntchrgcnf.]