UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CRIMINAL NO. 04 10231 MLW 3
MATT A. HAVEY

### DEFENDANT'S MOTION IN LIMINE - "SOFT EXPERTS"
_____

The defendant suggests that it is the usual practice of the Government in drug cases such as this to utilize Government Agents to testify as "soft experts" concerning the *modus operandi* of drug traffickers.

The defendant suggests that in the case of *Kumbo Tire Co. v. Carmichael*, 526 U.S. 137, 119 S. Ct. 1167 (1999), the United States Supreme Court ruled that the criteria of *Daubert (Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 [1993]) apply to non-scientific, or, to "soft-expert testimony" as well as scientific evidence.

Because it is usually impossible to verify empirically the findings the Governments Agents testifying as soft experts and thus in most cases impossible to cross examine effectively because there is a complete dearth of empirical data, the "soft expert" can say whatever he or she wishes.

See *United States v. Hines*, 55 F. Supp. 2062 (D. Mass. 1999). (Handwriting "experts").

*Further, the defendant moves for pretrial hearing on the* Daubert *issues, wherein the soft expert should be required elucidate his or her methodology and experience, subject to cross examination.*

*/s/Roger Witkin*
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

**DATE:  March 13, 2006**

F93
1049

2

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                    CRIMINAL NO. 04 10231 MLW 3
MATT A. HAVEY


CERTIFICATE OF SERVICE


I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA Victor A. Wild by mail which was e-filed this day.


                                                          */s/Roger Witkin*
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780


DATE: March 13, 2006

Case 1:04-cr-10231-MLW    Document 91    Filed 03/13/2006    Page 4 of 4