UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                   CRIMINAL NO. 04 10231 MLW 3

MATT A. HAVEY

### MOTION AND MEMORANDUM OF DEFENDANT
### FOR SEQUESTRATION OF WITNESSES

The defendant in the above-entitled matter respectfully moves this Honorable Court order that during the trial of the above cause, all witnesses may be sequestered and further order of this Honorable Court that all witnesses who are sequestered not talk about the case with each other until the case is over. See Rule 12(b)(2) of the Federal Rules of Criminal Procedure.

### REQUEST FOR ORAL ARGUMENT

Defendant believes that oral argument will assist the Court and requests a hearing on this motion. Local Rule 7.1 (D).

                                                */s/Roger Witkin*
                                                Roger Witkin
                                                6 Beacon Street, Suite l0l0
                                                Boston, MA 02l08
                                                Tel. 6l7 523 0027
                                                Fax 6l7 523 2024
                                                BBO No. 53l780

DATE: March 13, 2006

\federal\F101

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                               CRIMINAL NO. 04 10231 MLW 3
MATT A. HAVEY

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA Victor A. Wild by mail which was e-filed this day.

/s/Roger Witkin
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE:  March 13, 2006