IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL CASE NO. 04-10231-MLW |
| v. | ) |
| PETER V. MAGGIO, III, *ET AL.* | ) |

GOVERNMENT'S OPPOSITION TO
DEFENDANT'S MOTION IN LIMINE - "SOFT EXPERTS"

The Government opposes defendant Havey's motion for the reasons that there is neither a legal nor a factual basis for the motion.

Defendant Havey asserts that "it is the usual practice of the Government in drug cases such as this to utilize Government Agents to testify as 'soft experts' concerning the *modus operandi* of drug traffickers."

Regardless what validity there may or may not be in the assertion:

1. This case is not a drug prosecution,

2. Whatever may be the meaning of "soft experts", the Government has no understanding of such witnesses in this prosecution,

3. The Government does not contemplate presenting witnesses concerning the *modus operandi* of drug traffickers.

WHEREFORE, the Government moves this Court to deny defendant Havey's Motion In Limine - "Soft Experts."

Respectfully submitted this 7th day of April, 2006.

                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY

                    By:   /s/ Victor A. Wild
                          VICTOR A. WILD
                          Assistant U.S. Attorney
                          One Courthouse Way
                          Boston, MA 02210
                          (617) 748-3100


<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the attorneys listed below a copy of the foregoing document.

                          /s/ Victor A. Wild
                          VICTOR A. WILD
                          Assistant U.S. Attorney

James M. Merberg, Esq.          William M. White, Esq.
66 Long Wharf                   1 Faneuel Hall, 3rd Floor
Boston, MA 02110                Boston, MA 02109
Attorney for Peter V. Maggio    Attorney for Sean Sacco

Joseph S. Oteri, Esq.           Elliott M. Weinstein, Esq.
20 Park Plaza                   228 Lewis Wharf
Boston, MA 02116                Boston, MA 02110
Attorney for Michael R. O'Neill Attorney for William A. Howe

Scott P. Lopez, Esq.            Roger Witkin, Esq.
24 School Street                6 Beacon Street
Boston, MA 02108                Boston, MA 02108
Attorney for Louis A. Paradiso  Attorney for Matt A. Havey