IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL CASE NO. 04-10231-MLW |
| v. | ) |
| PETER V. MAGGIO, III, *ET AL.* | ) |

GOVERNMENT'S RESPONSE TO MOTION OF DEFENDANT FOR ORDER

The Government does not oppose defendant Havey's motion for an Order regarding the conjoining of defense cross-examination of witnesses, argument and objections [except where otherwise noted by defendant stating that he does not wish to join the objection].

Respectfully submitted this 7th day of April, 2006.

                                  MICHAEL J. SULLIVAN
                                  UNITED STATES ATTORNEY

                By:  /S/ Victor A. Wild
                     VICTOR A. WILD
                     Assistant U.S. Attorney
                     One Courthouse Way
                     Boston, MA 02210
                     (617) 748-3100

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the attorneys listed below a copy of the foregoing document.

                                              /s/ Victor A. Wild
                                              VICTOR A. WILD
                                              Assistant U.S. Attorney

| | |
|---|---|
| James M. Merberg, Esq.<br>66 Long Wharf<br>Boston, MA 02110<br>Attorney for Peter V. Maggio | William M. White, Esq.<br>1 Faneuel Hall, 3rd Floor<br>Boston, MA 02109<br>Attorney for Sean Sacco |
| Joseph S. Oteri, Esq.<br>20 Park Plaza<br>Boston, MA 02116<br>Attorney for Michael R. O'Neill | Elliott M. Weinstein, Esq.<br>228 Lewis Wharf<br>Boston, MA 02110<br>Attorney for William A. Howe |
| Scott P. Lopez, Esq.<br>24 School Street<br>Boston, MA 02108<br>Attorney for Louis A. Paradiso | Roger Witkin, Esq.<br>6 Beacon Street<br>Boston, MA 02108<br>Attorney for Matt A. Havey |