UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10231

| United States of America | William Howe, Matt Havey, Sean Sacco |
| --- | --- |
| PLAINTIFF | Louis Paradiso |
|  | DEFENDANT |
| Victor Wild | Elliot Weinstein, Roger Witkin |
|  | Scott Lopez, William White |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

CLERK'S NOTES

| DATES: | Change of Plea Hearing |
| --- | --- |
| 6/15/06 | Defense counsel, Elliot Weinstein, informs the court that his client, William Howe does not intend to go forward with his change of plea. Defendant, Havey, Sacco and Paradiso sworn in. Court conducts a plea colloquy as to three defendants that were sworn in. Letter from AUSA Wild to counsel dated 6/14/2006 marked as Exhibit 1. Government summarizes the evidence it would present had the case gone to trial. Defendants plead guilty to counts on which they are charged. Court accepts the pleas and direct the clerk to enter their pleas of guilty. Sentencing set for 9/20/2006 at 2:30. Procedural order to issue. Court takes up the defendant Howe. Court schedules a further hearing/conference for June 23, 2006 at 1:00 PM. Defense counsel shall file a status report by 12:00 on June 21, 2006 and/or motion to withdraw if the case will go to trial and attorney Weinstein feels that he cannot continue to represent the defendant in light of the August 7 2006 trial date. If attorney Weinstein moves to withdraw then the defendant shall file an updated financial affidavit as well. |