IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) CRIMINAL CASE NO. 04-10231-MLW |
| v. | ) |
|  | ) |
| PETER V. MAGGIO, III, *ET AL.* | ) |
|  | ) |

GOVERNMENT'S SUBMISSION
<u>PURSUANT TO COURT ORDER DATED AUGUST 15, 2006</u>

Comes now the United States of America, by Victor A. Wild, Assistant United States Attorney for the District of Massachusetts, and files the accompanying Affidavit pursuant to Order of this Court dated August 15, 2006.

Respectfully submitted this 25th day of August, 2006.

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY


By:  <u>/s/ Victor A. Wild</u>
VICTOR A. WILD
Assistant U.S. Attorney
One Courthouse Way
Boston, MA 02210
(617) 748-3100