UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CRIMINAL NO. 04 10231 MLW 3

MATT A. HAVEY

MOTION TO EXTEND THE TIME FOR THE FILING OF THE DEFENDANT'S SENTENCING MEMORANDUM TO AND INCLUDING TUESDAY, OCTOBER 10, 2006

      The defendant Matt Havey moves that he be permitted to file his Sentencing Memorandum on or before October 10, 2006.

      As grounds for same the defendant says that the Memorandum has become complex and is as yet unfinished, and that further time is necessary.

      */s/Roger Witkin*
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE:        October 6, 2006

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                    CRIMINAL NO. 04 10231 MLW 3

MATT A. HAVEY

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA Victor A. Wild by mail which was e-filed this day.

*/s/Roger Witkin*
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE:  October 6, 2006