UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.   CRIMINAL NO. 04 10231 MLW 3

MATT A. HAVEY

MOTION TO CONTINUE SENTENCING HEARING

The defendant moves to continue the sentencing hearing presently scheduled for 2:30 p.m. on Friday, October 20, 2006 by reason of the fact that his attorney, the undersigned, is presently on trial before Judge Gorton and a jury in the case of *United States v. Juan Nunez*.

Judge Gorton's trial day is from 9:00 a.m. to 3:30 p.m., which overlaps this sentencing hearing.

This trial will last 2 weeks starting on October 16, 2006.

>    */s/Roger Witkin*
>    Roger Witkin
>    6 Beacon Street, Suite 1010
>    Boston, Massachusetts   02108
>    Tel. (617) 523-0027
>    Fax (617) 523-0024
>    BBO No. 531780

DATED:   October 16, 2006

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.   CRIMINAL NO. 04 10231 MLW 3

MATT A. HAVEY

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA Victor A. Wild by mail which was e-filed this day.

*/s/Roger Witkin*
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE: October 16, 2006