ROGER WITKIN
6 BEACON STREET
SUITE 1010
BOSTON, MA 02108
TEL. 617 523 0027
FAX 617 523 2024

October 18, 2006

Dennis O'Leary, Courtroom Clerk for
Honorable Mark L. Wolf
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE:  UNITED STATES V. HAVEY
     NO. 04 10231 MLW

Dear Mr. O'Leary:

I have received notice that my motion to continue the sentencing previously scheduled for Friday, October 20, 2006, has now been rescheduled for October 24, 2006.

I have no doubt that I will still be on trial before Judge Gorton on the twenty-fourth.

Thank you for all of your efforts.

Very truly yours,

*/s/Roger Witkin*
ROGER WITKIN

/slw

c.c.   client
       AUSA Victor Wild